IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAKA MUHAMMAD,                     No. CIV S-08-0785-LKK-CMK-P

    Plaintiff,

  vs.                                ORDER

V.D. BRUMFIELD, et al.,

    Defendants.

                          /

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court are plaintiff's application for leave to proceed in forma pauperis (Doc. 2) and plaintiff's "Motion to Compel" (Doc. 6).

        On April 21, 2008, the court issued an order directing plaintiff to file a certified copy of his prison trust account statement to complete his application to proceed in forma pauperis.[1] On May 23, 2008, plaintiff filed a "Motion to Compel" in response to the court's order. Plaintiff seeks an order compelling prison officials to provide a certified trust account statement. Plaintiff states that prison officials have ignored his requests to be provided a certified

---

[1] Plaintiff's application is not accompanied by any trust account statement, certified or otherwise, and the certification portion of the form application was not completed and signed by the appropriate prison official.

1

copy of his prison trust account statement. Plaintiff submitted along with this motion an uncertified trust account statement showing a negative balance. It thus appears that plaintiff's inability to comply with the court's April 21, 2008, order is no fault of his own, but is due to the inaction of prison officials. Because plaintiff has otherwise demonstrated by affidavit that he is indigent and entitled to in forma pauperis status, see 28 U.S.C. § 1915(a), the court will conditionally grant his applications subject to later submission of a certified copy of his prison trust account statement. By separate order the court will direct prison officials to submit a certified copy of plaintiff's trust account statement. Plaintiff's "Motion to Compel" will be denied as unnecessary.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for leave to proceed in forma pauperis (Doc. 2) is granted;

2. Plaintiff's "Motion to Compel" (Doc. 6) is denied;

3. Plaintiff is required to pay the full statutory filing fee of $350.00 for this action pursuant to 28 U.S.C. §§ 1914(a) and 1915(b)(1);

4. No initial partial filing fee will be assessed pursuant to 28 U.S.C. § 1915(b)(1); and

5. Plaintiff will be obligated for monthly payments of twenty percent of the preceding month's income credited to plaintiff's prison trust account, such payments to be forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the statutory filing fee is paid in full, pursuant to 28 U.S.C. § 1915(b)(2).

DATED: June 2, 2008

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE