**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

SHAKA MUHAMMAD,                          No. CIV S-08-0785-LKK-CMK-P

        Plaintiff,

    vs.                                              <u>ORDER</u>

V.D. BRUMFIELD, et al.,

        Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.   On June 3, 2008, the court conditionally granted plaintiff's application for leave to proceed in forma pauperis and directed prison officials to submit a certified copy of plaintiff's prison trust account statement within 30 days.  On June 5, 2008, plaintiff submitted the certified trust account statement.  Prison officials are, therefore, relieved of the obligation to submit the trust account statement.  The court confirms plaintiff's in forma pauperis status.

        IT IS SO ORDERED.


 DATED:  June 11, 2008

                                   _____
                                   **CRAIG M. KELLISON**
                                   UNITED STATES MAGISTRATE JUDGE